UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BRAUN, ZAIDA M § Case No. 11-27674
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 South Dearborn
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 05/01/2015 in Courtroom ,
        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2015               By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BRAUN, ZAIDA M § Case No. 11-27674
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,000.00 |
| and approved disbursements of | $ | 11,337.82 |
| leaving a balance on hand of[1] | $ | 5,662.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,008.03 | $ 0.00 | $ 1,008.03 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 31.96 | $ 0.00 | $ 31.96 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,039.99 |
| Remaining Balance | $ 4,622.19 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 2,925.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ 643.15 | $ 0.00 | $ 643.15 |
| 000002 | Rock Valley Federal Credit Union | $ 636.18 | $ 0.00 | $ 636.18 |
| 000003 | VERIZON WIRELESS | $ 141.51 | $ 0.00 | $ 141.51 |
| 000004 | Portfolio Recovery Associates, LLC | $ 1,504.91 | $ 0.00 | $ 1,504.91 |

      Total to be paid to timely general unsecured creditors        $ 2,925.75

      Remaining Balance        $ 1,696.44

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 20.88 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,675.56 .

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 11-27674-BWB
Zaida M. Braun                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Apr 08, 2015
                              Form ID: pdf006          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2015.
```
db              #+Zaida M. Braun,    6738 Pavillion Rd.,    Yorkville, IL 60560-9419
17501726          Accounts Receivable Management, Inc,    P.O. Box 129,    Thorofare, NJ 08086-0129
17551050          Accounts Receivable Mgmt Inc,    POBox 129,    Thorofare NJ 08086-0129
17501728         +Arrow Financial Services,    5996 Touhy Ave.,    Niles, IL 60714-4610
17501729          Brown & Joseph Ltd.,    P.O. Box 59838,    Schaumburg, IL 60159-0838
17501732         +CBE Group,    1309 Technology Pky.,    Cedar Falls, IA 50613-6976
17501733          CCB Credit Services,    P.O. Box 272,    Springfield, IL 62705-0272
17501730          Caine & Weiner,    P.O. Box 5010,    Woodland Hills, CA 91365-5010
17501731         +Capital One Bank USA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
17501736          Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
17501737         +Chase/Bank One Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
17501738         +Codillis & Asasociates, P.C.,    15W030 North Frontage Rd. - Ste 100,
                   Burr Ridge, IL 60527-6921
17501739         +Credit Recovery,    P.O. Box 916,    Ottawa, IL 61350-0916
17501740         +Drew Braun,    102 Windmill Ct.,    Rochelle, IL 61068-9033
17501743          First Equity Card Corp.,    P.O. Box 23029,    Columbus, GA 31902-3029
17501744         +HSBC Bank,    Attn: Bankruptcy,    P.O. Box 5253,    Carol Stream, IL 60197-5253
17501746         +Illinois Title Loans Inc.,    227 S. Lincolnway,    North Aurora, IL 60542-1721
17501747         +LNV Funding, LLC,    P.O. Box 10497,    Greenville, SC 29603-0497
17501751         +Neuheisel Law Firm P.C.,    64 E. Broadway Rd. - Ste 245,    Tempe, AZ 85282-1383
17501752        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Assoc,     120 Corporate Blvd. 100,
                   Norfolk, VA 23502-4962)
17501754         +SST/CIGPF,    4315 Pickett Rd.,    Saint Joseph, MO 64503-1600
17501755         +Sunrise Credit Services,    P.O. Box 9168,    Farmingdale, NY 11735-9168
17501759         +TNB Visa,    P.O. Box 673,    Minneapolis, MN 55440-0673
17501761          TRS Recovery Services,    P.O. Box 5907,    Glendale Heights, IL 60139-5907
17501756          Tate & Kirlin Associates,    2810 Southhampton Rd.,    Philadelphia, PA 19154-1207
17501757         +Tess & Redington,    1090 N. 7th Street,    Rochelle, IL 61068-1533
17501758         +Title Lenders Inc. d/b/a USA Payday,    110 W. Veterans parkway,    Yorkville, IL 60560-1827
17501760         +Transworld Systems, Inc.,    25 Northwest Point Blvd.,    Elk Grove Village, IL 60007-1056
17653933         +VCA Animal Hospital,    2600 W Galena Blvd,    Aurora IL 60506-9013
17501763         +Verizon Wireless - Great Lakes,    P.O. Box 26055,    National recovery Dept M.S. 400,
                   Minneapolis, MN 55426-0055
17501765         +Verne Killian,    7612 Queens Way,    Ellenton, FL 34222-3849
17501764         +Verne Killian,    78 Main St. Apt 3,    Oswego, IL 60543-7518
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17571304         +E-mail/Text: bnc@atlasacq.com Apr 09 2015 01:18:40     Atlas Acquisitions LLC,
                 (HSBC Bank Nevada, N.A.),    (Carsons),    294 Union St.,    Hackensack, NJ 07601-4303
17501734         +E-mail/Text: contact@csicollects.com Apr 09 2015 01:21:05     Certified Services Inc.,
                   1733 Washington St.,    Waukegan, IL 60085-5192
17501735          E-mail/Text: contact@csicollects.com Apr 09 2015 01:21:05     Certified Services Inc.,
                   P.O. Box 177,    Waukegan, IL 60079-0177
17501742          E-mail/Text: data_processing@fin-rec.com Apr 09 2015 01:19:02
                   Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
20721867          E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2015 01:23:56     GE Capital Retail Bank,
                   c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605,
                   Attn: Ramesh Singh
17501745         +E-mail/Text: bankruptcy@icsystem.com Apr 09 2015 01:20:28     I.C. System, Inc.,
                   P.O. Box 64886,    Saint Paul, MN 55164-0886
17501748         +E-mail/Text: bknotices@mbandw.com Apr 09 2015 01:20:12     McCarthy Burgess & Wolff,
                   26000 Cannon Rd.,    Cleveland, OH 44146-1807
17501749         +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 09 2015 01:19:49     NCO Financial,
                   P.O. Box 15270,    Wilmington, DE 19850-5270
17501750         +E-mail/Text: gmdunn@cbecompanies.com Apr 09 2015 01:20:12     Nelson, Watson & Associates,
                   80 Merrimack St. - Lower,    Haverhill, MA 01830-5211
17501753         +E-mail/Text: mpapoccia@rvfcu.org Apr 09 2015 01:18:58     Rock Valley Federal Credit Union,
                   1201 Clifford Ave.,    Loves Park, IL 61111-7500
17501762         +E-mail/Text: crwkflw@firstdata.com Apr 09 2015 01:20:24     TRS Recovery Services,
                   5251 Westheimer 6th Floor,    Houston, TX 77056-5416
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17653932*        +Chase/Bank One Card Services,    POBox 15298,    Wilmington DE 19850-5298
18431602*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,     c/o Ameritech/Near Prime,
                   POB 41067,    Norfolk VA 23541)
```

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                    Date Rcvd: Apr 08, 2015
                               Form ID: pdf006              Total Noticed: 43

17501727      ##Allied Interstate,   P. O. Box 6123,   Carol Stream, IL 60197-6123
17551052      ##+Dahl Management LLC,   POBox 291,   Yorkville IL 60560-0291
17501741      ##+Equitable Ascent Financial LLC,   1120 W. Lake Cook Rd. - Ste B,   Buffalo Grove, IL 60089-1970
17551051      ##+Guy Merker,   26 Waterbury Cir,   Oswego IL 60543-7929
18420977      ##VERIZON WIRELESS,   PO BOX 3397,   BLOOMINGTON, IL 61702-3397
                                                                                          TOTALS: 0, * 2, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2015 at the address(es) listed below:
         Joseph R. Ramos    on behalf of Debtor Zaida M. Braun joseph@jramoslaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Peter N Metrou     met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
          pmetrou@ecf.epiqsystems.com
                                                                                         TOTAL: 3
```