**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRAUN, ZAIDA M | § | Case No. 11-27674 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 705.00<br>*(Without deducting any secured claims)* | Assets Exempt: 2,702.00 |
| Total Distributions to Claimants: 4,586.90 | Claims Discharged<br>Without Payment: 0.00 |
| Total Expenses of Administration: 10,737.54 | |

3) Total gross receipts of $ 17,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,675.56 (see **Exhibit 2**), yielded net receipts of $ 15,324.44 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,640.27 | $ 1,640.27 | $ 1,640.27 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,737.54 | 10,737.54 | 10,737.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 2,925.75 | 2,925.75 | 2,946.63 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 15,303.56 | $ 15,303.56 | $ 15,324.44 |

4) This case was originally filed under chapter 7 on 07/01/2011 . The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2015 By:/s/Peter N. Metrou, Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Personal Property | 1229-000 | 17,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 17,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ZAIDA M BRAUN | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 1,675.56 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 1,675.56 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Funeral Expense | 4210-000 | NA | 1,015.50 | 1,015.50 | 1,015.50 |
| | Lien payment | 4210-000 | NA | 624.77 | 624.77 | 624.77 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 1,640.27 | $ 1,640.27 | $ 1,640.27 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 1,008.03 | 1,008.03 | 1,008.03 |
| PETER N METROU | 2200-000 | NA | 31.96 | 31.96 | 31.96 |
| ADAMS LEVINE | 2300-000 | NA | 5.49 | 5.49 | 5.49 |
| Associated Bank | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| DVORAK & KELLIHER, LTD | 3210-000 | NA | 1,879.00 | 1,879.00 | 1,879.00 |
| HORWITZ, HORWITZ & ASSOCIATES | 3210-000 | NA | 5,666.67 | 5,666.67 | 5,666.67 |
| HORWITZ, HORWITZ & ASSOCAITES | 3220-000 | NA | 1,896.06 | 1,896.06 | 1,896.06 |
| DVORAK & KELLIHER, LTD. | 3701-000 | NA | 133.33 | 133.33 | 133.33 |
| Estate Bond Fee | 3992-000 | NA | 77.00 | 77.00 | 77.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$** NA | **$** 10,737.54 | **$** 10,737.54 | **$** 10,737.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$** NA | **$** NA | **$** NA | **$** NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 643.15 | 643.15 | 643.15 |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,504.91 | 1,504.91 | 1,504.91 |
| 000002 | ROCK VALLEY FEDERAL CREDIT UNION | 7100-000 | NA | 636.18 | 636.18 | 636.18 |
| 000003 | VERIZON WIRELESS | 7100-001 | NA | 141.51 | 141.51 | 141.51 |
| | ATLAS ACQUISITIONS LLC | 7990-000 | NA | NA | NA | 4.59 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7990-000 | NA | NA | NA | 10.74 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ROCK VALLEY FEDERAL CREDIT UNION | 7990-000 | NA | NA | NA | 4.54 |
| | UNITED STATES BANKRUPTCY COURT | 7990-001 | NA | NA | NA | 1.01 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$** NA | **$** 2,925.75 | **$** 2,925.75 | **$** 2,946.63 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit 8

Case No: 11-27674 BWB Judge: BRUCE W. BLACK
Case Name: BRAUN, ZAIDA M
For Period Ending: 10/20/15

Trustee Name: Peter N. Metrou, Trustee
Date Filed (f) or Converted (c): 07/01/11 (f)
341(a) Meeting Date: 08/04/11
Claims Bar Date: 02/03/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Savings Acct | 7.00 | 0.00 | | 0.00 | FA |
| 2. SECURITY DEPOSITS | 1,250.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS/COLLECTIBLES | 100.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 7. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 8. Wrongful Death Suit | Unknown | 0.00 | | 17,000.00 | FA |
| 9. VEHICLES<br>2001 Chevrolet Cavalier | 750.00 | 0.00 | | 0.00 | FA |
| 10. ANIMALS | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,407.00 | $0.00 | | $17,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee Berland case -Successor Trustee- receipt from wrongful death case - claims reviewed ready for TFR

From prior Trustee:
The Trustee has employed special counsel to prosecute a nursing home case. The trustee deposited the debtor's share of the proceeds from wrongful death action brought by family members. Case reassigned to new trustee on September 24, 2014.

Initial Projected Date of Final Report (TFR): 12/01/15 Current Projected Date of Final Report (TFR): 12/01/15

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-27674 -BWB
Case Name: BRAUN, ZAIDA M

Taxpayer ID No: *******1641
For Period Ending: 10/20/15

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number / CD #: *******5173 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/10/14 | | Michael G. Berland<br>1 North LaSalle Street<br>Ste 1775<br>Chicago, IL 60602 | Transfer of funds- wrongful death $ | 9999-000 | 5,707.67 | | 5,707.67 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,697.67 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,687.67 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,677.67 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,667.67 |
| 03/19/15 | 005001 | ADAMS LEVINE<br>SURETY BOND AGENCY<br>60 EAST 42ND STREET, ROOM 965<br>NEW YORK, NY 10165 | BOND PREMIUM<br>BOND# 10BSBGR6291 | 2300-000 | | 5.49 | 5,662.18 |
| 05/05/15 | 005002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 1,039.99 | 4,622.19 |
| | | | Fees 1,008.03 | 2100-000 | | | |
| | | | Expenses 31.96 | 2200-000 | | | |
| 05/05/15 | 005003 | Atlas Acquisitions LLC<br>(HSBC Bank Nevada, N.A.)<br>(Carsons)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 100.71367% | | | 647.74 | 3,974.45 |
| | | | Claim 643.15 | 7100-000 | | | |
| | | | Interest 4.59 | 7990-000 | | | |
| 05/05/15 | 005004 | Rock Valley Federal Credit Union<br>1201 Clifford Ave.<br>Loves Park, IL 61111 | Claim 000002, Payment 100.71363% | | | 640.72 | 3,333.73 |

Page Subtotals 5,707.67 2,373.94

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-27674 -BWB
Case Name: BRAUN, ZAIDA M

Taxpayer ID No: *******1641
For Period Ending: 10/20/15

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number / CD #: *******5173 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Claim 636.18 | 7100-000 | | | |
| | | | Interest 4.54 | 7990-000 | | | |
| * 05/05/15 | 005005 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Claim 000003, Payment 100.71373% | | | 142.52 | 3,191.21 |
| | | | Claim 141.51 | 7100-003 | | | |
| | | | Interest 1.01 | 7990-003 | | | |
| 05/05/15 | 005006 | Portfolio Recovery Associates, LLC<br>c/o Ameritech/Near Prime<br>POB 41067<br>Norfolk VA 23541 | Claim 000004, Payment 100.71366% | | | 1,515.65 | 1,675.56 |
| | | | Claim 1,504.91 | 7100-000 | | | |
| | | | Interest 10.74 | 7990-000 | | | |
| 05/05/15 | 005007 | ZAIDA M BRAUN | Surplus Funds | 8200-002 | | 1,675.56 | 0.00 |
| * 09/03/15 | 005005 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Claim 000003, Payment 100.71373% | | | -142.52 | 142.52 |
| | | | Claim ( 141.51 ) | 7100-003 | | | |
| | | | Interest ( 1.01) | 7990-003 | | | |
| 09/03/15 | 005008 | United States Bankruptcy Court | Claim 000003, Payment 100.71373% | | | 142.52 | 0.00 |
| | | | Claim 141.51 | 7100-001 | | | |
| | | | Interest 1.01 | 7990-001 | | | |

Page Subtotals 0.00 3,333.73

FORM 2



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-27674 -BWB
Case Name: BRAUN, ZAIDA M

Taxpayer ID No: *******1641
For Period Ending: 10/20/15

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number / CD #: *******5173 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Memo Allocation | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 5,707.67 | 5,707.67 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,707.67 | 5,707.67 | |
| Less: Payments to Debtors | | 1,675.56 | |
| Net | 5,707.67 | 4,032.11 | |

| Page Subtotals | 0.00 | 0.00 |
|---|---|---|

Ver: 18.04

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-27674 -BWB
Case Name: BRAUN, ZAIDA M

Taxpayer ID No: *******1641
For Period Ending: 10/20/15

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Congressional Bank
Account Number / CD #: *******1174 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/22/14 | 8 | Dvorak & Kelleher | Wrongful death litigation proceeeds | | 5,707.67 | | 5,707.67 |
| | | DVORAK & KELLIHER, LTD | Memo Amount: ( 1,879.00 ) | 3210-000 | | | |
| | | | Atty fees/exp to remove Zaida Braun | | | | |
| | | | Memo Amount: 17,000.00 | 1229-000 | | | |
| | | | Inheritance | | | | |
| | | HORWITZ, HORWITZ & ASSOCIATES | Memo Amount: ( 5,666.67 ) | 3210-000 | | | |
| | | | Atty fees | | | | |
| | | HORWITZ, HORWITZ & ASSOCAITES | Memo Amount: ( 1,896.06 ) | 3220-000 | | | |
| | | | Atty exp | | | | |
| | | | Memo Amount: ( 624.77 ) | 4210-000 | | | |
| | | | Lien payment | | | | |
| | | | Memo Amount: ( 77.00 ) | 3992-000 | | | |
| | | | Estate Bond Fee | | | | |
| | | | Memo Amount: ( 1,015.50 ) | 4210-000 | | | |
| | | | Funeral Expense | | | | |
| | | DVORAK & KELLIHER, LTD. | Memo Amount: ( 133.33 ) | 3701-000 | | | |
| | | | Probate Atty Fee | | | | |
| 09/29/14 | 001001 | Peter Matrou, Trustee of Braun | Transfer of all funds to successor trustee<br>Peter Metrou was appointed successor trustee when Michael Berland resigned. | 9999-000 | | 5,707.67 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 5,707.67 | 5,707.67 |

Ver: 18.04

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-27674 -BWB
Case Name: BRAUN, ZAIDA M

Taxpayer ID No: *******1641
For Period Ending: 10/20/15

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Congressional Bank
Account Number / CD #: *******1174 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 17,000.00 | | |
| Memo Allocation Disbursements: | 11,292.33 | | |
| Memo Allocation Net: | 5,707.67 | | |

| | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 5,707.67 | 5,707.67 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,707.67 | 5,707.67 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,707.67 | 5,707.67 | |

| | |
|---|---|
| Total Allocation Receipts: | 17,000.00 |
| Total Allocation Disbursements: | 11,292.33 |
| Total Memo Allocation Net: | 5,707.67 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5173 | 5,707.67 | 4,032.11 | 0.00 |
| Checking Account (Non-Interest Earn - ********1174 | 5,707.67 | 5,707.67 | 0.00 |
| | 11,415.34 | 9,739.78 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.04